IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 06-cr-00222-PSF

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    **COREY MICHAEL BOLLACKER;**
2.    **KIMIA SARHADI,**

    Defendants.

---

**ORDER VACATING FINAL TRIAL PREPARATION CONFERENCE
AND TRIAL DATES**

---

This matter is before the Court on Defendant Bollacker's Motion for Extension of Time to File Motions (Dkt. # 20).  In light of the representations set forth in the motion, the Court ORDERS that all parties shall have to and including August 25, 2006 to file any motions in this matter, and government responses shall be due September 1, 2006.

IT IS FURTHER ORDERED that a one-hour status conference and motions hearing is SET on behalf of both defendants for **September 6, 2006 at 1:30 p.m.** In light of this hearing, the final trial preparation conference set for August 16, 2006 and the three-day jury trial set to commence August 28, 2006 are hereby VACATED. A new trial date will be set at the September 6, 2006 motions hearing, if a trial is deemed necessary.

DATED: August 8, 2006        BY THE COURT:

                                              *s/ Phillip S. Figa*

                                              _____
                                              Phillip S. Figa
                                              United States District Judge