IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 06-CR-00222-PSF

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.     COREY MICHAEL BOLLACKER;
2.     KIMIA SARHADI,

    Defendants.

_____

**ORDER**
_____

Government's Motion to Set Forthwith Status Conference and/or Reset Trial Date for August 28, 2006 (Dkt. # 23) is GRANTED. It is therefore

ORDERED that a Status Conference is set for **Monday, August 21, 2006 at 4:00 p.m.**

DATED: August 16, 2006.

                        BY THE COURT:

                        *s/ Phillip S. Figa*

                        _____
                        Phillip S. Figa
                        United States District Judge