IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 06-CR-00222-PSF

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.     COREY MICHAEL BOLLACKER;
2.     KIMIA SARHADI,

    Defendants.

---

## ORDER RESETTING FINAL TRIAL PREPARATION CONFERENCE

---

In light of Defendant Bollacker's Status Notice (Dkt. # 32), the Court hereby ORDERS that the final trial preparation conference currently set for October 6, 2006 is RESET to **Tuesday, October 10, 2006 at 8:15 a.m.**

    DATED: October 3, 2006

                      BY THE COURT:

                      *s/ Phillip S. Figa*
                      _____
                      Phillip S. Figa
                      United States District Judge