IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 06-cr-00222-PSF

UNITED STATES OF AMERICA,

 Plaintiff,

v.

1. COREY MICHAEL BOLLACKER;
**2.** **KIMIA SARHADI**,

 Defendants.

---

## ORDER GRANTING EXTENSION OF DEADLINE

---

  The Court is in receipt of a filing titled "Defendant, Kimia Sarhadi's Required Status Notice" (Dkt. # 33), filed October 3, 2006. The Court will consider this document as including a motion for extension of time and hereby GRANTS the request. Defendant Sarhadi shall have to and including October 6, 2006 within which to file an updated status report or a notice of disposition.

 DATED: October 5, 2006

            BY THE COURT:

            *s/ Phillip S. Figa*
            _____
            Phillip S. Figa
            United States District Judge