IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 06-cr-00222-PSF

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.     COREY MICHAEL BOLLACKER;
2.     KIMIA SARHADI,

    Defendants.

## ORDER RESETTING TRIAL DATES

As set forth in the minutes of the hearing on October 10, 2006, the trial currently set for October 16, 2006 is VACATED, and the matter is RESET for a two-day trial to commence **Tuesday, November 21, 2006 at 9:00 a.m.**  A Final Trial Preparation Conference is set for **Friday, November 17, 2006 at 8:30 a.m.**

IT IS FURTHER ORDERED that any notices of disposition in this matter shall be filed no later than October 24, 2006,

    DATED:  October 10, 2006

                                          BY THE COURT:

                                          *s/ Phillip S. Figa*
                                          _____
                                          Phillip S. Figa
                                          United States District Judge