IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Action No. 06-cr-00222-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. COREY MICHAEL BOLLACKER,

    Defendant.

## ORDER OF RECUSAL

This matter is before me on review of the file. In my prior positions as chiefs of the Major Crimes and Special Prosecutions Sections of the U.S. Attorney's Office for the District of Colorado, I supervised the assigned Assistant U.S. Attorney, Robert M. Brown, from June 2006 through the date of defendant's sentencing on February 26, 2007. As a result, pursuant to 28 U.S.C. § 455, I must recuse myself from this case. It is therefore

ORDERED that the judge's file be returned to the clerk's office for the case to be reassigned.

DATED February 12, 2009.

                                    BY THE COURT:

                                    s/Philip A. Brimmer
                                    PHILIP A. BRIMMER
                                    United States District Judge